# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00138-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 7, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, *et al.*, | Andrew B. Mohraz |
| **Plaintiffs,** | |
| v. | |
| CATHERINE M. FILLO, | *Pro se*, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 7:57 a.m.
Court calls case. Appearances of plaintiffs' counsel and *pro se* defendant.

The parties discuss their attempts at settlement with the court, and indicate no settlement has been reached at this time.

**ORDERED:** The Motion to Set Aside Default Judgment [filed July 29, 2008; doc. 24] is denied as moot for the reasons stated on the record.

**ORDERED:** Scheduling Conference set for September 8, 2008 at 11:30 a.m. (Mountain Time). Defendant may participate in the conference telephonically by contacting the court at (303) 844-2117. The parties shall submit a proposed scheduling order by September 4, 2008. The parties shall make Rule 26(a)(1) disclosures by August 22, 2008 and shall have a Rule 26(f) conference by August 26, 2008.

**ORDERED:** Defendant shall file an answer to the complaint by August 27, 2008.

HEARING CONCLUDED.

**Court in recess:** 8:10 a.m.                                          Total time in court: 00:13