**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action: 08-cv-00138-REB-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: October 10, 2008** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, *et al.*, | Andrew B. Mohraz<br>Shane Cross |
| **Plaintiffs,** | |
| v. | |
| CATHERINE M. FILLO, | *Pro se*, via telephone |
| **Defendant.** | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 9:17 a.m.
Court calls case. Appearances of plaintiffs' counsel and *pro se* defendant.

The court discusses with defendant, Catherine Fillo, the Order to Show Cause (*doc. 37*) issued on September 8, 2008.

**ORDERED:** The court awards plaintiffs' counsel his reasonable fees and costs for attending the September 8, 2008 Scheduling Conference at which defendant did not appear. Plaintiffs' counsel shall submit a Bill of Costs within seven (7) days setting out his reasonable fees and costs for attending the Scheduling Conference on September 8, 2008.

**ORDERED:** Plaintiffs' Motion for Leave to File First Amended Complaint for Copyright Infringement [filed September 5, 2008; doc. 34] is granted for the reasons stated on the record. The First Amended Complaint for Copyright Infringement attached as Exhibit C to the motion (*doc. 34-4*) is accepted for filing on this date. Defendant shall file her answer to the amended complaint consistent with the deadlines set forth in Rule 12 of the Federal Rules of Civil Procedure.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 19, 2009.**

Discovery Cut-off: **April 21, 2009.**

Dispositive Motions deadline: **May 23, 2009.**

Parties shall designate affirmative experts **on or before February 20, 2009.**

Parties shall designate rebuttal experts **on or before March 20, 2009.**

Each side shall be limited to **one (1)** expert witnesses, absent leave of court.

**FINAL PRETRIAL CONFERENCE** is set for **August 6, 2009 at 9:15**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a three (3) day bench trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:        9:42 a.m.**
Total time in court:    00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.